# Exhibit 1

DEPARTMENT OF HEALTH & HUMAN SERVICES                 Centers for Medicare & Medicaid Services

_Administrator_
Washington, DC  20201

May 13, 2024

Laura Williams, M.D.
Chief Medical Officer
Ardelyx, Inc.
400 Fifth Avenue, Suite 210
Waltham, MA  02451

Dear Dr. Williams:

Thank you for your letter requesting that the Centers for Medicare & Medicaid Services (CMS) take action to exclude Ardelyx's drug XPHOZAH$^{TM}$ (tenapanor) from the End-Stage Renal Disease Prospective Payment System (ESRD PPS) bundled payment beyond January 1, 2025.

CMS notes that Ardelyx's drug, XPHOZAH$^{TM}$ (tenapanor), was approved on October 17, 2023, by the Food and Drug Administration (FDA).  According to the FDA label information, XPHOZAH$^{TM}$ is indicated to reduce serum phosphorus in adults with chronic kidney disease who are on dialysis.  CMS has identified XPHOZAH$^{TM}$ to be a renal dialysis service under 42 CFR 413.171, because it is furnished to individuals to treat a condition associated with ESRD and is essential to the delivery of maintenance dialysis.  Specifically, it is used as an add-on therapy in patients with chronic kidney disease who are on dialysis who have an inadequate response to phosphate binders or who are intolerant of any dose of phosphate binder therapy. CMS has also determined that XPHOZAH$^{TM}$ meets the current regulatory definition of an oral-only drug at section 413.234(a), with no injectable equivalent or non-oral form of administration, and thus is not included in the ESRD PPS bundled payment until January 1, 2025.

Section 413.174(f)(6) states:  "Effective January 1, 2025, payment to an ESRD facility for renal dialysis service drugs and biologicals with only an oral form furnished to ESRD patients is incorporated within the prospective payment system rates established by CMS in section 413.230 and separate payment will no longer be provided."  Therefore, beginning January 1, 2025, all renal dialysis services, including oral-only drugs, will be incorporated into the ESRD PPS, and no separate payment under Medicare Part D will be made for any oral-only renal dialysis drugs. This will include XPHOZAH$^{TM}$.

Ardelyx may wish to consider submitting an application for the ESRD PPS Transitional Drug Add-on Payment Adjustment (TDAPA) in connection with the incorporation of XPHOZAH$^{TM}$ into the ESRD PPS.  The TDAPA is intended to help ESRD facilities incorporate new drugs and biological products and make appropriate changes in their businesses to adopt such products, provide additional payments for such associated costs, and promote competition among the products within the ESRD PPS functional categories, while also focusing Medicare resources on products that are innovative (83 FR 56935; 84 FR 60654).

We note that CMS has recently published operational guidance, including information about the TDAPA, Healthcare Common Procedure Coding System (HCPCS) codes, and Average Sales Price reporting requirements and timelines in connection with the incorporation of phosphate binders into the ESRD PPS, which may provide helpful information to Ardelyx.[1]  As of the date of this letter, CMS has not yet received a HCPCS application or a TDAPA application for XPHOZAH[TM].  We encourage Ardelyx to submit these applications as soon as possible to ensure a timely determination for potential TDAPA eligibility beginning January 1, 2025, if all requirements are met.  Additional information on timelines and submission requirements is available.[2]

Thank you for sharing your request and comments with CMS as a follow-up to our March 11, 2024, meeting.  I appreciate receiving your comments and look forward to continuing to work toward our goal of strengthening the Medicare program for all its beneficiaries.  Please share this response with the co-signers of your letter.

Sincerely,

Jonathan Blum
Principal Deputy Administrator

---

[1] https://www.cms.gov/files/document/including-oral-only-drugs-esrd-pps-bundled-payment.pdf.
[2] https://www.cms.gov/medicare/payment/prospective-payment-systems/end-stage-renal-disease-esrd/esrd-pps-transitional-drug-add-payment-adjustment.