AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ardelyx, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-02095 |
| Xavier Becerra, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ardelyx, Inc., American Association of Kidney Patients, and National Minority Quality Forum.

Date: 07/17/2024

/s/ Alexander G. Siemers
*Attorney's signature*

Alexander G. Siemers (D.C. Bar No. 90006765)
*Printed name and bar number*

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Address*

alex.siemers@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*