IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., AMERICAN ASSOCIATION OF KIDNEY PATIENTS, and NATIONAL MINORITY QUALITY FORUM,<br><br>  Plaintiffs,<br>  v.<br><br>XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHIQUITA BROOKS-LASURE, and CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>  Defendants. | Civil Action No. 1:24-cv-02095 |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ARDELYX, INC.

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Ardelyx, Inc., hereby certify to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Ardelyx, Inc., which have any outstanding securities in the hands of the public: Janus Henderson Group plc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 17, 2024                                  Respectfully submitted,

*/s/ Michael E. Bern*
Michael E. Bern  (DC Bar No. 994791)
Alexander G. Siemers (DC Bar No. 90006765)
Delia Tasky (DC Bar No. 1724285)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:   michael.bern@lw.com
         alex.siemers@lw.com
         delia.tasky@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel:  (737) 910-7300
Fax:  (737) 910-7301
Email:   nicholas.schlossman@lw.com

*Attorneys for Plaintiffs*