# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ardelyx, Inc., et al.

Plaintiff(s)

Case No.: 1:24-cv-02095-BAH

vs.

Xavier Becerra, Secretary of Health and Human Services, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, Complaint with Exhibits, and Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/19/2024 at 12:40 PM, I served United States Attorney's Office for the District of Columbia c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Cover Sheet, Complaint with Exhibits, and Attachments by serving Shade Beaver, Paralegal, authorized to accept service.

Shade Beaver is described herein as:

Gender: Female   Race/Skin: Black   Age: 28   Weight: 140   Height: 5'5"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

7/23/24
Executed On



Ambiko Wallace

Client Ref Number: 045630-0043
Job #: 2007053

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Ardelyx, Inc.; American Association of Kidney Patients; National Minority Quality Forum<br><br>*Plaintiff(s)*<br>v.<br>Xavier Becerra, Secretary of Health and Human Services; U.S. Department of Health and Human Services; Chiquita Brooks-LaSure, Administrator of Centers for Medicare and Medicaid Services; Center for Medicare and Medicaid Services<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-02095 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael E. Bern
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  7/18/2024

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*