AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States
was received by me on *(date)* 07/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Complaint and summons were mailed via U.S. Postal Service Certified Mail (No. 7021 1970 0001 2702 0393) and picked up on July 25, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2024

*Server's signature*

Michael R. McCray, Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70211970000127020393

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:03 am on July 25, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
July 25, 2024, 5:03 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
July 24, 2024, 11:14 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 24, 2024, 9:22 am

**In Transit to Next Facility**
July 23, 2024

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 20, 2024, 8:26 am

**Arrived at USPS Regional Facility**

Feedback

GAITHERSBURG MD DISTRIBUTION CENTER
July 19, 2024, 10:48 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]