AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02095

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, Secretary of Health and Human Services was received by me on *(date)* 07/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Service Certified Mail (No. 7021 1970 0001 2702 2069) and delivered on July 24, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/05/2024

*Server's signature*

Michael R. McCray, Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70211970000127022069

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:48 am on July 24, 2024 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
July 24, 2024, 6:48 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 24, 2024, 5:50 am

**In Transit to Next Facility**
July 23, 2024

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 20, 2024, 8:34 am

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
July 19, 2024, 10:49 pm

Feedback

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ˅ |
|---|---|

| USPS Tracking Plus® | ˅ |
|---|---|

| Product Information | ˄ |
|---|---|

**Postal Product:**  **Features:**
Certified Mail™

See Less ˄

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Health and Human
was received by me on *(date)* 07/19/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Complaint and summons were mailed via U.S. Postal Service Certified Mail (No. 7022 1670 0001 8753 0230) and delivered on July 24, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2024

*Server's signature*

Michael R. McCray, Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70221670000187530230

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:48 am on July 24, 2024 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
July 24, 2024, 6:48 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 24, 2024, 5:50 am

**In Transit to Next Facility**
July 23, 2024

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 20, 2024, 8:26 am

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
July 19, 2024, 10:48 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chiquita Brooks-LaSure, Administrator of CMMS was received by me on *(date)* 07/19/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Service Certified Mail (No. 7021 1970 0001 2702 0416) and delivered on August 5, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/05/2024

*Server's signature*

Michael R. McCray, Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:
These materials were originally mailed on July 19, 2024 (No. 7022 1670 0001 8753 0483), but they were never delivered.

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70211970000127020416

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:13 pm on August 5, 2024 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WINDSOR MILL, MD 21244
August 5, 2024, 12:13 pm

### Redelivery Scheduled for Next Business Day
WINDSOR MILL, MD 21244
August 3, 2024, 8:57 am

### Available for Pickup
WINDSOR MILL, MD 21244
August 3, 2024, 8:07 am

### Arrived at Post Office
WINDSOR MILL, MD 21244
August 3, 2024, 7:56 am

### In Transit to Next Facility
August 2, 2024

- **Arrived at USPS Regional Facility**
  BALTIMORE MD DISTRIBUTION CENTER
  July 31, 2024, 10:55 am

- **Arrived at USPS Regional Facility**
  GAITHERSBURG MD DISTRIBUTION CENTER
  July 29, 2024, 11:43 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02095

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Centers for Medicare and Medicaid Services
was received by me on *(date)* 07/19/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Complaint and summons were mailed via U.S. Postal Service Certified Mail (No. 7021 1970 0001 2702 0409) and delivered on August 5, 2024. A copy of the tracking information is attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2024

*Server's signature*

Michael R. McCray, Litigation Services Attorney
*Printed name and title*

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:
These materials were originally mailed on July 19, 2024 (No. 7014 1820 0002 3263 9110), but they were never delivered.

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70211970000127020409

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:13 pm on August 5, 2024 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WINDSOR MILL, MD 21244
August 5, 2024, 12:13 pm

### Redelivery Scheduled for Next Business Day
WINDSOR MILL, MD 21244
August 3, 2024, 8:57 am

### Available for Pickup
WINDSOR MILL, MD 21244
August 3, 2024, 8:07 am

### Arrived at Post Office
WINDSOR MILL, MD 21244
August 3, 2024, 7:56 am

### In Transit to Next Facility
August 2, 2024

Feedback

- **Arrived at USPS Regional Facility**
  BALTIMORE MD DISTRIBUTION CENTER
  July 31, 2024, 10:55 am

- **Arrived at USPS Regional Facility**
  GAITHERSBURG MD DISTRIBUTION CENTER
  July 29, 2024, 11:43 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs