UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, et al.,<br><br>    Defendant. | Civil Action No. 24-2095 (BAH) |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) Defendants, by and through undersigned counsel, respectfully moves this Court for dismissal of Plaintiffs' Complaint. In support of the instant motion, Defendants refer the Court to the accompanying memorandum of points and authorities in support. A proposed order is also attached.

\* \* \*

Dated: September 17, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:        /s/ *John J. Bardo*
John J. Bardo, D.C.  Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

OF COUNSEL:

ALEXANDER R. WHITE
Attorney
U.S. Dept. of Health & Human Services
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-0182
alexander.white@hhs.gov

SAMUEL R. BAGENSTOS
General Counsel

JANICE L. HOFFMAN
Associate General Counsel

SUSAN MAXSON LYONS
Deputy Associate General Counsel for Litigation
U.S. Dept. of Health & Human Services

*Attorneys for the United States of America*