UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services,<br><br>  Defendant. | Civil Action No. 24-2095 (BAH) |

### **[PROPOSED] ORDER**

 UPON CONSIDERATION of Defendant's Motion to Dismiss, any opposition thereto, any reply, and the entire record herein, it is hereby

 ORDERED that Defendant's Motion to Dismiss is GRANTED.

 This is a final appealable Order.


SO ORDERED, this _____ day of _____, 202__.


                  _____
                  BERYL A. HOWELL
                  United States District Judge