AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ARDELYX, INC., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-02095-BAH |
| XAVIER BECERRA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant National Minority Quality Forum.

Date:  09/19/2024

/s/ James E. McCollum, Jr.
*Attorney's signature*

James E. McCollum, Jr. (D.C. Bar No. 398117)
*Printed name and bar number*

The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740

*Address*

jmccollum@jmlaw.net
*E-mail address*

(301) 537-0661
*Telephone number*

(301) 864-4351
*FAX number*