AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ARDELYX, INC., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-02095-BAH |
| XAVIER BECERRA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant National Minority Quality Forum.

Date: 09/19/2024

/s/ Amit K. Sharma
*Attorney's signature*

Amit K. Sharma (D.C. Bar No. 503604)
*Printed name and bar number*

The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740

*Address*

asharma@jmlaw.net
*E-mail address*

(240) 687-2945
*Telephone number*

(301) 864-4351
*FAX number*