# EXHIBIT 2





Management of Hyperphosphatemia
and Implications of ESRD PPS

June 22, 2023

## Agenda

- Introduction to Ardelyx

- Background on Hyperphosphatemia

- Rationale for Continued Exclusion of Oral-Only Phosphate Lowering Therapies (PLTs) from the End Stage Renal Disease (ESRD) Prospective Payment System (PPS)

- Broader Engagement on Continued Exclusion

- Conclusion



**ardelyx**®

Founded with a mission to improve the lives of patients by discovering, developing and commercializing innovative, first-in-class medicines that meet significant unmet medical needs

# Ardelyx has Developed a Suite of Novel Products to Address Unmet Medical Needs Across GI and Cardio Renal Therapeutic Areas



## Commercialized Product



First-in-class NHE3 inhibitor launched in the U.S. Q2'22 for the Treatment of Irritable Bowel Syndrome with Constipation (IBS-C) in Adults

## Late-Stage Asset



First-in-class Phosphate Absorption Inhibitor for the control of serum phosphorus in adult patients with chronic kidney disease (CKD) on dialysis; pending at the FDA

## Continued Innovation



- RDX013 for Hyperkalemia
- RDX020 for Metabolic Acidosis

## Ex-U.S. Partnerships



    Launched IBSRELA®    

    Hyperphosphatemia    

    Hyperphosphatemia; IBS-C    

4



# Hyperphosphatemia (Elevated Serum Phosphorus, sP) Is a Significant Medical Issue for Patients and the Clinicians Who Care for Them

- High prevalence in patients receiving maintenance dialysis (nearly universal)

- Condition with tremendous clinical consequences, that include the following:
  - **Increased Morbidity** – Mineral-Bone Disease (secondary hyperparathyroidism, increased risk of fractures, calciphylaxis)
  - **Increased Mortality** – All-cause and cardiovascular with vascular and valvular calcification



Observational data from Fresenius Medical Care Database
N = 40,538

Relative Risk of Death (y-axis)

Serum Phosphorus (mg/dL) (x-axis)

| < 3.0 (N = 895) | 3.0–4.0 (N = 3,860) | 4–5.0 (N = 8,723) | 5.0–6.0 (N = 10,421) | 6.0–7.0 (N = 8,367) | 7.0–8.0 (N = 4,547) | 8.0–9.0 (N = 2,219) | ≥ 9.0 (N = 1,506) |

5

Block GA, et al. 2004.  Adjusted for case mix and other laboratory value



# Hyperphosphatemia (HP): Predominant Risk Factor for Patients with CKD on Dialysis



Moe, SM et al, 2006

6



# Vascular Calcification Associated With Elevated sP and Calcium-Based Therapies in Multiple Sites[1-3]



Abdominal aortic calcification in a 59-year-old patient with CKD on dialysis[1]

Myocardial calcification in a 42-year-old male with CKD on dialysis[2]

Popliteal artery calcification in a 65-year-old male with CKD on dialysis[3]

1. Honkanen E, Kauppila L, Wikström B, et al; on behalf of CORD Study Group. Abdominal aortic calcification in dialysis patients: results of the CORD study. *Nephrol Dial Transplant*. 2008;23:4009-4015.
2. She J, Yuan Z. Severe coronary artery calcification in a patient with end stage renal disease. *BMJ*. 2018;362:k3887. do1:10.1136/bmj.k3887.
3. Image courtesy of Sharon Moe, MD.



# Fundamental Objective for Nephrologists: Lower sP Toward Normal Range[1-3]



Kidney Disease

# KDIGO

KIDNEY DISEASE IMPROVING GLOBAL OUTCOMES – Clinical Practice Guideline for the Diagnosis, Evaluation, Prevention, and Treatment of CKD-MBD

KDIGO guidelines **(2017)** recommend in patients with CKD stages G3A–G5D, **lowering** elevated sP levels **toward the normal range**[2]
**(2.5 - 4.5 mg/dL)**[3]



National Kidney Foundation

# KDOQI

KIDNEY DISEASE OUTCOMES QUALITY INITIATIVE

KDOQI guidelines **(2003)** recommend that in patients with CKD stage 5, and those treated with dialysis, the serum levels of phosphate should be maintained between **3.5 - 5.5 mg/dL**[1]

8

1. National Kidney Foundation. 2003; 2. Kidney Disease: Improving Global Outcomes (KDIGO), 2017; 3. Fouque D, et al. 2018



# Non-Pharmacological Approaches to Help Control sP in Patients Receiving Maintenance Dialysis

| Non-Pharmacological Treatment Approach | |
|---|---|
| **Reduce dietary phosphate intake** | <ul><li>Need to restrict processed foods (difficult, given ubiquity)</li><li>Extremely difficult for dialysis patients, given socioeconomic disparities, limited resources and geographic regions (many live in food deserts)</li><li>Further complicated by other dietary restrictions imposed as a result of co-morbidities (e.g., diabetes, hypertension, and hyperlipidemia)</li></ul> |
| **Increase frequency or extend duration of hemodialysis** | <ul><li>Current standard in-clinic dialysis practice: 3 times/week, ~3 hours/session</li><li>While increasing time and frequency of dialysis (e.g., ≥ 4 times/week for ≥ 4 hours/session) would likely aid in control of HP, it adds immense burden on patients and dialysis providers and is not practical</li></ul> |

9



# Most Patients (~80%) on Maintenance Dialysis are Prescribed Phosphate Binders, Currently the Only Class of FDA-Approved Phosphate Lowering Therapy (PLT)

- Binds luminal phosphate in intestine allowing a fraction of dietary phosphate to be eliminated

- Patients typically take 3 tablets or capsules with each meal

- Many take 2 types of binders, as they struggle to achieve target levels

- Median overall daily pill burden for dialysis patients prescribed the most commonly used binder is reported to be upwards of 19 tablets per day[1]



**Median Daily Phosphate Binder Dose**[1,*]



**Weekly Phosphate Binder Dose**

1. Chiu, Y, et al. 2009; *Sevelamer



## New PLT

# XPHOZAH® (Tenapanor): Investigational First-in-Class Phosphate Absorption Inhibitor (PAI)

Tenapanor is a non-systemic, small molecule, PAI; taken orally (twice daily) to block dietary phosphate absorption in the GI tract:[1-3]



WITHOUT XPHOZAH



WITH XPHOZAH

**1** XPHOZAH inhibits NHE3, reducing sodium absorption resulting in modest intracellular proton retention

**2** Proposed induction of conformational change in claudin proteins present in tight junctions

**3** Specifically blocks absorption of phosphate through the paracellular pathway

11

NHE3, sodium-hydrogen ion-exchanger 3.

1. King AJ, et al. *Sci Transl Med.* 2018;10(456):eaam6474. 2. Spencer AG, et al. *Sci Transl Med.* 2014;6(227):227ra36. 3. Saurette M, Alexander *RT. Exp Biol Med (Maywood).* 2019;244(8):646-654.



# Tenapanor Effectively Lowers s-P with a Novel Mechanism of Action

- Can be used alone or in combination with phosphate binders

- Simplified dosing
  - Fewer and smaller pills
  - BID dosing

- Large proportion of patients have meaningful s-P reductions, with an acceptable safety profile comparable to phosphate binders



**One-day dose of Tenapanor <u>vs</u> Sevelamer**



# Continued Exclusion of Oral-Only PLTs from the ESRD PPS is Critical to Patient Care

Inclusion of Oral-only PLTs in 2025 could lead to unintended and undesirable consequences:

- May **restrict patient access to novel treatments**, which may further limit the ability to effectively manage HP at a time when the opportunity to advance care has been made possible through innovation

- **Individual patient-physician shared decision-making** becomes even more limited and substituted with protocolized treatment

- Facilities, especially rural, urban, small, and independent dialysis organizations, will face **substantial operational challenges** that are unique to PLTs (no IV option, many pill options, state pharmacy laws)

- May create **financial pressure to keep patients on potentially harmful and/or older class of therapies** that have been well-documented to yield suboptimal results (mostly due to excess calcium and burden of treatment – multiple large pills taken with *every meal, every day*)

These agents *cannot and should not be administered* as part of the dialysis procedure and do not represent a "renal dialysis service":

- Older agents (phosphate binders) are oral drugs taken several times a day <u>with each meal</u>, and <u>not at all</u> related to a dialysis session

- The novel agent (PAI) is taken twice a day just prior to a meal, with implicit instructions to <u>not take prior to a dialysis session</u>

- MEALS ARE NOT ALLOWED DURING DIALYSIS SESSIONS

**PLTs should continue to be excluded from the ESRD PPS unless and until an IV formulation is available based on these significant potential ramifications**



# Patient Care Considerations

> **Inclusion of PLTs in the ESRD PPS has the potential to limit patient access to more novel innovative therapies and the full armamentarium of FDA-approved therapies, which poses negative impact to patient care**

- **For many dialysis patients who also struggle with other co-morbidities** like hypertension, diabetes and heart failure, their physicians must **individualize treatment,** which requires the use of multiple drugs with different mechanisms of action to achieve target treatment goals; for hyperphosphatemia they must also have full access *to all available tools* to manage their patients

- When a patient is unable to achieve a target blood pressure level on a certain class of drug, a new drug from a different class either replaces or is added to the current one:
  - For example, one does not typically add another diuretic to a patient already uncontrolled on one diuretic
  - Rather, a drug with a different mechanism of action is usually added to the diuretic (e.g., a calcium channel blocker or beta blocker) to achieve better blood pressure control

- Similarly, when there are additional classes of therapy available to manage HP, patients should have equal access to those therapies to provide the best opportunity to achieve target treatment goals

- Potential access challenges under the bundle pose negative ramifications for dialysis patients, particularly on racial and ethnic minorities who make up a disproportionate number of the ESRD patient population

- *From a practical perspective, patients may face barriers in accessing multiple treatment options under the bundle system and may be unable to appeal access-related decisions, like in Part D, if they need a medication not made available by a dialysis provider*

ardelyx

# Physician Decision Making Considerations

Inclusion of PLTs in the ESRD PPS has the potential to negatively impact shared decision-making between physicians and their patients, further weakening the individualized care provided to and needed for these patients

- Decisions on how best to manage an individual patient with HP on maintenance dialysis will likely **shift from the primary nephrologist to more generalized protocol-based treatment selections mandated by the dialysis provider.**

  - Decisions on how best to individualize the treatment of HP either by the type of phosphate binder treatment, or with PAIs, or various combination therapies would no longer be made by the primary nephrologist based on the need of his or her individual patient, rather via a protocol established by the dialysis provider

- Access to more innovative therapies would likely be limited as the result of financial disincentives imposed on the dialysis providers

- *How will patient quality of care be measured under the bundle when there are no metrics or outcomes-based quality measures to measure or guide treatment success?*

15



# Science Based Considerations

The underlying pathophysiology of hyperphosphatemia, the mechanism of action of PLTs, and the lack of association to actual renal dialysis services provide significant rationale to exclude these oral-only PLTs from the bundle

**Pathophysiology**
- The kidneys are responsible for excretion of two-thirds of phosphate from our bodies; when they fail, sP levels rise above normal values, increasing risk of morbidity and mortality
- The primary pathway for phosphorus absorption (transfer of phosphorus from the gut to the blood stream) is the intestinal paracellular pathway

**Mechanism of Action (MoA)**
- PLTs must be delivered directly to the GI tract when food is present, to prevent (binding or blocking) absorption of dietary phosphorus from the gut into the bloodstream
- This cannot be achieved with injectable/infusible formulations, which deliver these agents to the bloodstream *instead* of GI tract where phosphorus absorption occurs, thus rendering them ineffective
- The first phosphate binder was approved in the 1970s for use in patients with ESRD on dialysis; all subsequently approved phosphate binders are oral formulations, solely based on the MoA
- New PAIs work exclusively *in the GI tract,* when taken just before the two largest meals of the day.  The MoA dictates an oral-only formulation.

**Dialysis Delivery Episode/Renal Dialysis Services**
- Phosphate binders, because of their MoA, must be taken several times a day with meals, <u>not during a dialysis service (session)</u>
- Innovative investigational PAIs, like XPHOZAH, must also be taken at least twice daily just prior to meals and <u>not during dialysis service (session)</u>
- In the setting where achieving treatment goals are already challenged by excessive treatment burdens, access to innovative solutions is critical

*At a minimum, inclusion of these drugs should be delayed beyond 2025, unless and until an injectable equivalent of the drug is available*



# Operational & Logistical Barriers

Dialysis facilities, especially rural, urban, small, and independent dialysis organizations, have significant concerns with moving PLTs into the bundle

| | |
|---|---|
| State pharmacy law barriers | Handling mid-month changes in medication |
| Skilled nursing facility pill distribution | Procuring multiple types of therapies |
| Blister pack distribution | Managing high magnitude of pills |
| Contractual complexities | Treatment protocol development |

These are critical operational issues that are standard for and well handled by pharmacies outside of the bundle

17



# Affordability Considerations

 **Patient Affordability**

- Nearly 60% of Part D-enrolled beneficiaries qualify for the **Low-income Subsidy (LIS)** program
- Inflation Reduction Act redesign further **enhances affordability** of Part D drugs
  - $0 cost-sharing in catastrophic phase
  - Expansion of LIS eligibility to full eligibility parameters
  - $2,000 out-of-pocket cap for all beneficiaries
- Moving PLTs into the bundle will increase the base rate and, thus, **patient co-insurance on each dialysis session**, regardless of whether patients use provider-mandated PLTs, or are instructed to use sub-optimal over-the-counter products, such as TUMS

 **Government Expenditures**

Moving PLTs into the bundle will result in increased costs for Medicare:
- The number of beneficiaries utilizing this benefit for PLTs would increase
- The dollar amount of the base rate would increase for every beneficiary to account for these drugs

This occurs regardless of whether or not a beneficiary is prescribed a PLT

18



# Ardelyx Efforts to Continue Exclusion



## Congressional Efforts

- Legislative efforts to extend exclusion of PLTs

- Congress has acted previously, to delay including oral-only drugs in the bundle through the American Taxpayer Relief (ATR) Act of 2012, Protecting Access to Medicare (PAM) Act of 2014 and Achieving a Better Life Experience (ABLE) Act of 2014



## Robust Third-party Support

- Efforts are supported by multiple major kidney organizations
  - American Association of Kidney Patients
  - American Kidney Fund
  - Home Dialyzers United
  - Kidney Care Partners
  - National Kidney Foundation
  - Renal Support Network

19



# Thank You & Conclusion

Ardelyx respectfully requests that CMS continue exclusion of PLTs from the ESRD PPS unless and until an IV formulation becomes available. Continued exclusion will bolster continued patient access to the range of therapies available and necessary to treat hyperphosphatemia, avert putting these fragile patients at further risk, and not place significant additional operational burdens on facilities

