# EXHIBIT 5

# EXCLUSION OF ORAL-ONLY PHOSPHATE-LOWERING THERAPIES FROM THE ESRD PPS

MARCH 11, 2024

# MEETING ATTENDEES

### Stakeholder Representatives

- **GARY PUCKREIN, PHD**
  *President & CEO, National Minority Quality Forum*

- **FRITA FISHER, MD**
  *President, Midtown Atlanta Nephrology*
  *Medical Director, DCI Crawford Dialysis Center*

### Ardelyx, Inc.

- **LAURA WILLIAMS, MD, MPH**
  *Chief Medical Officer*

- **ELIZABETH GRAMMER**
  *Chief Legal Officer*

- **PAUL PEREIRA**
  *SVP Government Affairs & Patient Advocacy*

### Advisors

- **LAUREN BUCKLEY,** *Jeffrey J. Kimbell & Associates*
- **MICHAEL BERN,** *Latham & Watkins, LLP*
- **ERIC GREIG,** *Latham & Watkins, LLP*

# AGENDA

1. Importance of Serum Phosphorus Management for Beneficiaries with ESRD

2. Movement of Phosphate-Lowering Therapies (PLTs) into the ESRD PPS will Impede Effective Serum Phosphorus Management

3. Broad Stakeholder Alignment Supports CMS Action to Ensure Patient Access

4. CMS Authority to Continue to Cover Oral-Only PLTs Under Medicare Part D

2

# ATTENDEE BIO HIGHLIGHTS

### GARY PUCKREIN, PHD
*President & CEO*
*National Minority Quality Forum*

Gary A. Puckrein, PhD, is President and Chief Executive Officer of the National Minority Quality Forum (NMQF), a not-for-profit organization he founded in 1998. The Forum addresses the critical need for strengthening national and local efforts to use evidence-based, data-driven initiatives to guide programs to eliminate the disproportionate burden of premature death and preventable illness for racial and ethnic minorities and other special populations.

Dr. Puckrein was graduated Phi Beta Kappa from Brown University, where he received his master's degree (1974) and doctorate (1978). Between 1974 and 1992, he taught and lectured at Roger Williams College, Brown University, Connecticut College, and Rutgers University, where he was a tenured member of the faculty.

### FRITA FISHER, MD
*President, Midtown Atlanta Nephrology; Medical Director, DCI Crawford Dialysis Center*

Dr. Frita is the founder and president of her own nephrology practice (Midtown Atlanta Nephrology, P.C.), and the medical director of a non-profit dialysis unit (DCI). Dr. Frita is the recipient of the "2022 100 Black Men of North Metro Atlanta Youth Health and Wellness Image Award". As an active board member of the National Kidney Foundation since 2014, Dr. Frita was honored in 2018 with NKF The Community Activist Award.

Dr. Frita graduated from the Honors Program at Florida State University with a B.S. in Biology and attended medical school at Meharry Medical College. Dr. Frita completed her Internal Medicine-Pediatrics residency at Georgetown University Hospital, and completed her nephrology fellowship at Emory University School of Medicine. She became triple-board certified (certified in Nephrology, Internal Medicine, and Pediatrics).

### LAURA WILLIAMS, MD, MPH
*Chief Medical Officer*
*Ardelyx, Inc.*

Dr. Williams has served as the Chief Medical Officer of Ardelyx since 2021. She has 25 years of global pharmaceutical drug development experience both in large pharma and smaller biotech settings, spanning all clinical development phases and numerous therapeutic areas. She provided leadership on and contributions to key regulatory approvals for 8 on-market compounds.

Dr. Williams holds a Bachelor of Science degree from Mississippi State University, a Doctor of Medicine degree from University of Iowa, and a Master of Public Health degree in Epidemiology from University of Washington, where she also completed a clinical fellowship in Infectious Diseases. She completed her Internal Medicine residency at University of Michigan, where she also served as Chief Resident and Junior Faculty.

3

# REQUEST

**We request that CMS continue to exclude oral-only phosphate-lowering therapies from the End Stage Renal Disease (ESRD) Prospective Payment System (PPS or "bundle") beyond January 1, 2025, until an IV formulation is available**

- Hyperphosphatemia management has evolved significantly since 2011, as has CMS recognition of the ESRD bundle's capacity to provide access to treatment innovations

- Inclusion in the ESRD PPS will significantly impede physician decision-making on treatment options for managing serum phosphorus

- Beneficiaries will face difficulties accessing treatments of choice once included in the bundle; there is no stop-gap measure to ensure a prescription therapy is made available

- Phosphate-lowering therapies are not taken with dialysis sessions, providing a strong rationale for exclusion



4

# IMPORTANCE OF SERUM PHOSPHORUS MANAGEMENT FOR BENEFICIARIES WITH ESRD

**Hyperphosphatemia (Elevated Serum Phosphorus, sP) is a Significant Medical Issue for Patients and the Clinicians Who Care for Them**

- High prevalence in patients receiving maintenance dialysis

- Condition with tremendous clinical consequences, that include the following:
  - **Increased Morbidity** – Mineral-Bone Disease (secondary hyperparathyroidism, increased risk of fractures, calciphylaxis)
  - **Increased Mortality** – All-cause and cardiovascular risk, with vascular and valvular calcification



Block GA, et al. 2004.  Adjusted for case mix and other laboratory value

5

## MOVEMENT OF PHOSPHATE-LOWERING THERAPIES INTO BUNDLE WILL IMPEDE EFFECTIVE SERUM PHOSPHORUS MANAGEMENT

- Bundles are designed to encourage reduction in resource use
  - Quality measures and access guardrails are essential to ensure incentives to make efficient resource choices do not interfere with patient quality of care

- Movement to the bundle will impede shared physician-patient decision-making, shifting decisions to dialysis facilities

- Patients are likely to face significant challenges in receiving therapies prescribed based on their individual serum phosphorus management needs and clinical judgment of their nephrologists

6

# IMPACT/POTENTIAL IMPACT OF ESRD PPS

| ESRD Complication | Treatments | Impact/Potential Impact of Bundle |
|---|---|---|
| **Anemia** | • **ESAs** (IV; various agents)<br>• **HIF-PHIs** [oral; Daprodustat (Jesduvroq)] | • **Decreased cost; improved patient outcomes (based on scientific data)**<br>• ***No significant cost accrued***; *Clinical impact on patients not fully-ascertained, but diminished treatment choice and loss of shared decision making;* ***Innovation Lost….*** |
| **CKD-MBD (SHPT)** | **Active Vit D** (IV and Oral) | • *Less cost (mostly because of oral administration); No known untoward effect or impact on patients* |
| | **Calcimimetics**<br>• Cinacalcet (oral; Sensipar)<br>• Etelcalcitide (IV; Parsabiv) | • *Less cost with oral generic cinacalcet*<br>• *Potential negative impact on patients*<br>  – *Worsening PTH control that could progress to more severe disease requiring surgical intervention (metrics not adequately monitored or captured)*<br>  – *Varying strategies among dialysis facilities (only IV, only daily oral, 3X/week oral, or IV as 2nd line) without discernable risk-adjustment*<br>  – *No safeguards in place to assure IV therapy provided to those who need it*<br>  – *No long-term outcome measures to evaluate full impact on patients*<br>  – *Innovation Lost….* |
| **CKD-associated pruritis (CKD-aP)** | • **Topical creams; Combination of narrow-band UVB phototherapy and naltrexone**<br>• **Difelikefalin** (IV; Korsuva) | • ***No significant cost accrued***; *Impact on patients not fully-ascertained;* ***Innovation Lost….*** |

# EXCLUSION OF ORAL-ONLY PLTS FROM THE ESRD PPS HAS BROAD SUPPORT ACROSS THE KIDNEY COMMUNITY

- American Association of Kidney Patients
- National Minority Quality Forum Action Network
- A. Philip Randolph Institute
- Advocates for Responsible Care
- Alliance for Aging Research
- American Association of Clinical Endocrinology
- American Association of Kidney Patients
- American Health Care Association
- American Kidney Fund
- American Society for Nephrology
- American Society of Consultant Pharmacists'
- Antioch South Baptist Church (Atlanta, GA)
   Pastor Marvin Gordon, Senior Pastor
- Arizona Blood Alliance
- Arizona Chronic Care Together Coalition
- Atlanta Black Nurses Association
- Bethesda Baptist Church
- Breaking the Sickle Cell Cycle Foundation
- California Chronic Care Coalition
- Calvary Temple Baptist Church (Atlanta, GA)
   Pastor J. O. Jackson, Senior Pastor
- Center for Patient Advocacy Leaders (CPALs)
- Coalition for Cultural Change
- Cornerstone Community Baptist Church (Atlanta, GA)
   Pastor W. J. Lawson, Senior Pastor
- Crown of Glory Baptist Church (Atlanta, GA)
   Pastor Joshua McKinsey, Senior Pastor

- Diabetes Alliance of Idaho
- Dialysis Patient Citizens
- Eastern Shore of Maryland Sickle Cell Disease Association
- Faith Advisory Council for Community Transformation
- Fellowship Baptist Church
   Pastor Stanley Smith, Senior Pastor
- Georgia Bio
- Gerontological Society of America
- HEAL Collaborative
- Healthy Women
- iAdvocate
- Kidney Care Partners
- Kidney Champion Foundation
- Kidney Care Partners of Central Pennsylvania
- Latino Connection
- Looms for Lupus
- Lupus and Allied Diseases Association, Inc.
- MassBio
- Millennium Man Ministries
- MTS Sickle Cell Foundation
- National Association of Nutrition and Aging Services Programs
- National Baptist Convention
- National Center for Assisted Living
- National Consumers League
- National Grange
- National Kidney Foundation
- NewYorkBIO

- New York State Osteopathic Medical Society
- Northwest Kidney Council
- Partnership to Fight Chronic Disease
- Redmoon Project
- Renal Healthcare Association
- Renal Physicians Association
- Renal Support Network
- RetireSafe
- Ruby A. Neeson Diabetes Awareness Foundation
- Rx in Reach Coalition
- Sickle Cell/Thalassemia Patients Network
- Teamsters Local 763
- Texas Kidney Foundation
- Texas Renal Coalition
- Washington State Academy of Nutrition and Dietetics

8

# STRONG SUPPORT FOR CONTINUED EXCLUSION IN RESPONSE TO CY 2024 ESRD PPS

Of the 346 total comments on the rule, **over 75 letters asked for CMS not to move oral-only PLTs into the bundle**. Highlights of organizations that submitted letters include:



| | | | |
|---|---|---|---|
| American Seniors Alliance (AmSA) | Ardelyx | Biotechnology Innovation Organization (BIO) | Breaking the Ssickle Cell Cycle Foundation Inc. |
| Dorothy Marie Kinnard Foundation | Idaho State Pharmacy Association and Idaho Retailers Association/Idaho Retailer Pharmacy Association | Illinois Public Health Association | MTS Sickle Cell Foundation |
| NAACP New York State Conference | National Grange of the Order of Patrons of Husbandry | National Kidney Foundation | National Minority Quality Forum |
| New York State Osteopathic Medical Society | Oregon State Pharmacy Association | Ruby A. Neeson Diabetes Awareness Foundation (RANDAF) | Sanford Health |
| Sickle Cell Association of Kentuckiana | Texas Medical Association | | |

9

# CMS POSSESSES AUTHORITY TO TAKE THIS ACTION

- Ardelyx letter to CMS, dated Sept. 4, 2023, addressed regulatory authority for CMS to exclude oral only-PLTs from the ESRD PPS

- CMS recognized in 2011 rulemaking that the Medicare Improvements for Patients and Providers Act (MIPPA) did not *require* CMS to include oral-only PLTs in the ESRD PPS

- Both Congress and CMS have characterized the Agency decision to include oral-only PLTs in the ESRD PPS as a "policy" determination

- We believe principles of statutory interpretation strongly support a determination that Congress intended that oral-only drugs be excluded from the ESRD PPS

10

# THANK YOU