IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARDELYX, INC.,**<br>400 Fifth Avenue, Suite 210<br>Waltham, MA 02451<br><br>**AMERICAN ASSOCIATION OF KIDNEY PATIENTS,**<br>14440 Bruce B. Downs Blvd.<br>Tampa, FL 33613<br><br>**NATIONAL MINORITY QUALITY FORUM**,<br>1201 15th Street NW #340<br>Washington, DC 20005<br><br>　　　　**Plaintiffs,**<br>　　v.<br><br>**XAVIER BECERRA,**<br>*Secretary of Health and Human Services*<br>200 Independence Avenue, SW<br>Washington, DC 20201<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br>200 Independence Avenue, SW<br>Washington, DC 20201<br><br>**CHIQUITA BROOKS-LASURE, AND**<br>*Administrator of Centers for Medicare and Medicaid Services*<br>7500 Security Boulevard<br>Baltimore, MD 21244<br><br>**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**<br>7500 Security Boulevard<br>Baltimore, MD 21244,<br><br>　　　　**Defendants.** | Case No. 1:24-cv-02095-BAH |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction or Expedited Summary Judgment, the Memorandum, Declarations, and Exhibits in support thereof, any opposition, any reply thereto, and any oral argument, it is hereby:

ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED; and

IT IS FURTHER ORDERED that Defendants are preliminarily enjoined:

1. from enforcing their definition of "renal dialysis services" in 42 C.F.R. § 413.171 to the extent it includes oral-only drugs;

2. from placing oral-only drugs into the ESRD PPS bundled payment system effective January 1, 2025 pursuant to 42 C.F.R. §§ 413.171, 413.174(f)(6);

3. from ceasing reimbursement for any oral-only drug under Medicare Part D as of January 1, 2025;

4. from classifying XPHOZAH as "renal dialysis services" pursuant to the XPHOZAH Decision applying 42 C.F.R. § 413.171;

5. from placing XPHOZAH into the ESRD PPS bundled payment system effective January 1, 2025;

6. from ceasing reimbursement for XPHOZAH under Medicare Part D as of January 1, 2025.

***Alternatively, to the extent the Court enters expedited summary judgment***:

The Court DECLARES that:

1. Oral only drugs, including XPHOZAH, are not subject to inclusion in the ESRD PPS bundle and are instead separately coverable drugs under Medicare Part D because they are not "renal dialysis services" as defined in 42 U.S.C. § 1395rr(b)(14)(B), and, with respect to XPHOZAH, 42 C.F.R. § 413.171; and

IT IS ORDERED that Defendants' regulations, 42 C.F.R. §§ 413.171, 413.174(f)(6), providing that oral-only drugs are a "renal dialysis service" subject to inclusion in the ESRD PPS bundle rather than drugs separately covered under Medicare Part D, are vacated and set aside; and

IT IS ORDERED that Defendants' determination in the XPHOZAH Decision that XPHOZAH is a "renal dialysis service" subject to inclusion in the ESRD PPS bundle pursuant to 42 C.F.R. § 413.171 rather than a separate drug covered under Medicare Part D is vacated and set aside; and

IT IS FURTHER ORDERED that Defendants are permanently enjoined:

1. from enforcing their definition of "renal dialysis services" in 42 C.F.R. § 413.171 to the extent it includes oral-only drugs;

2. from placing oral-only drugs into the ESRD PPS bundled payment system effective January 1, 2025 pursuant to 42 C.F.R. §§ 413.171, 413.174(f)(6);

3. from ceasing reimbursement for any oral-only drug under Medicare Part D as of January 1, 2025;

4. from classifying XPHOZAH as "renal dialysis services" pursuant to the XPHOZAH Decision applying 42 C.F.R. § 413.171;

5. from placing XPHOZAH into the ESRD PPS bundled payment system effective January 1, 2025;

6. from ceasing reimbursement for XPHOZAH under Medicare Part D as of January 1, 2025.

SO ORDERED.

DATED: _____, 2024                           _____
                                                         United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

**XAVIER BECERRA,**
*Secretary of Health and Human Services*
200 Independence Avenue, SW
Washington, DC 20201

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
200 Independence Avenue, SW
Washington, DC 20201

**CHIQUITA BROOKS-LASURE, AND** *Administrator of Centers for Medicare and Medicaid Services*
7500 Security Boulevard
Baltimore, MD 21244

**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**
7500 Security Boulevard
Baltimore, MD 21244


Michael E. Bern  (DC Bar No. 994791)
Delia Tasky (DC Bar No. 1724285)
Alexander G. Siemers (DC Bar No. 90006765)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:   michael.bern@lw.com
         delia.tasky@lw.com
         alex.siemers@lw.com

Nicholas L. Schlossman
(DC Bar No. 1029362)
Latham & Watkins LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email:   nicholas.schlossman@lw.com

*Attorneys for Plaintiffs Ardelyx, Inc. and American Association of Kidney Patients*

James E. McCollum, Jr. (DC Bar. No. 398117)
Amit K. Sharma (D.C. Bar No. 503604)
The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Tel: (301) 537-0661
Fax: (301) 864-4351
Email:   jmccollum@jmlaw.net
         asharma@jmlaw.net

*Attorneys for Plaintiff National Minority Quality Forum*