UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, et al.,<br><br>   Defendant. | Civil Action No. 24-02095 (BAH) |

## **JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**

  Pursuant to the Court's Minute Order on September 20, 2024, Plaintiffs Ardelyx, Inc., American Association of Kidney Patients, and National Minority Quality Forum (collectively, "Plaintiffs") and Defendants Xavier Becerra, Secretary of Health and Human Services, U.S. Department of Health and Human Services, Chiquita Brooks-LaSure, Administrator of Centers for Medicare and Medicaid Services, and Centers for Medicare and Medicaid Services ("CMS," and collectively, "Defendants") jointly submit this proposed schedule for further proceedings.

  The parties have met and conferred regarding (1) Plaintiffs' Motion for Preliminary Injunction or in the Alternative Expedited Summary Judgment and (2) Defendants' Motion to Dismiss. The Parties respectfully propose to align the schedule for the briefing and hearing of both Motions. Plaintiffs contend that the merits in this matter merge with the jurisdictional question subject to the Motion to Dismiss, *see Amgen Inc. v. Smith*, 357 F.3d 103, 112 (D.C. Cir. 2004); Defendants disagree and oppose Plaintiffs' position.

The Parties further note that the challenged agency actions under review will take effect on January 1, 2025. The Parties have agreed to a schedule that would allow for the Court to decide the pending Motions, and provide a final judgment in this matter by January 1, 2025, pursuant to Plaintiffs' pending request for preliminary injunction in consolidation with the merits under Fed. R. Civ. P. 65, or in the alternative for expedited summary judgment.

- (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss, and (2) Defendants' Opposition to the Plaintiffs' Motion for Preliminary Injunction, Or, In The Alternative, Expedited Summary Judgment: **October 4, 2024**.

- (1) Defendants' Reply in Support of Defendants' Motion to Dismiss, and (2) Plaintiffs' Reply In Support of Plaintiffs' Motion for Preliminary Injunction, Or, In The Alternative, Expedited Summary Judgment: **October 16, 2024**.

- Plaintiffs and the Defendants will make themselves available for a hearing the week of **October 21, 2024** or on such later date as the Court may prefer and its schedule may allow for hearing of the Motion to Dismiss, and Plaintiffs' Motion for Preliminary Injunction, Or, In The Alternative, Expedited Summary Judgment.

Because the issues in this matter are principally legal, the Parties have not currently identified additional materials, not already docketed with the Court or contained in the Federal Register, necessary to the resolution of the pending Motions or that would form part of the administrative record.

| | |
|---|---|
| Dated:  September 23, 2024 | Respectfully submitted, |
| /s/ *John J. Bardo* | /s/ *Michael E. Bern* |
| MATTHEW M. GRAVES (D.C. Bar No. 481052)<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>John J. Bardo (D.C. Bar No. 1655534)<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America*<br><br>OF COUNSEL:<br>ALEXANDER R. WHITE<br>Attorney<br>U.S. Dept. of Health & Human Services<br>330 Independence Ave., S.W.<br>Washington, D.C. 20201<br>(202) 619-0182<br>alexander.white@hhs.gov<br><br>SAMUEL R. BAGENSTOS<br>General Counsel<br><br>JANICE L. HOFFMAN<br>Associate General Counsel<br><br>SUSAN MAXSON LYONS<br>Deputy Associate General Counsel for Litigation<br>U.S. Dept. of Health & Human Services<br><br>*Attorneys for the United States of America* | Michael E. Bern  (DC Bar No. 994791)<br>Delia Tasky (DC Bar No. 1724285)<br>Alexander G. Siemers (DC Bar No. 90006765)<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>Email:   michael.bern@lw.com<br>              delia.tasky@lw.com<br>              alex.siemers@lw.com<br><br>Nicholas L. Schlossman<br>(DC Bar No. 1029362)<br>Latham & Watkins LLP<br>300 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Tel: (737) 910-7300<br>Fax: (737) 910-7301<br>Email:   nicholas.schlossman@lw.com<br><br>*Attorneys for Plaintiffs Ardelyx, Inc. and American Association of Kidney Patients*<br><br>James E. McCollum, Jr. (DC Bar. No. 398117)<br>Amit K. Sharma (D.C. Bar No. 503604)<br>The McCollum Firm, LLC<br>7309 Baltimore Avenue, Suite 117<br>College Park, MD 20740<br>Tel: (301) 537-0661<br>Fax: (301) 864-4351<br>Email:   jmccollum@jmlaw.net<br>              asharma@jmlaw.net<br><br>*Attorneys for Plaintiff National Minority Quality Forum* |