UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services,<br><br>       Defendant. | Civil Action No. 24-2095 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for a Preliminary Injunction or, in the Alternative, for Expedited Summary Judgment and the entire record, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED.

_____                                                              _____
Date                                                                             BERYL A. HOWELL
                                                                                       United States District Judge

1