AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Ardelyx, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Xavier Becerra, et al. | ) |
| *Defendant* | ) |

Case No.   1:24-cv-02095-BAH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ardelyx, Inc., American Association of Kidney Patients                                                    .

Date:     10/04/2024

/s/ Christine C. Smith
*Attorney's signature*

Christine C. Smith (D.C. Bar No. 1658087)
*Printed name and bar number*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Address*

christine.smith@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*