UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>BECERRA, *et al.*,<br><br>             Defendants. | Civil Action No. 24-cv-02095 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of defendants' Motion to Dismiss, ECF No. 11, the legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby--

**ORDERED** that defendants' Motion to Dismiss, ECF No. 11, is **GRANTED**; it is further

**ORDERED** that plaintiffs' Complaint, ECF No. 1, is dismissed; it is further

**ORDERED** that plaintiffs' Motion for Preliminary Injunction, or in the Alternative, for Expedited Summary Judgment, ECF No. 14, is denied as moot; and it is further

**ORDERED** that the Clerk of Court is directed to close this case.

**SO ORDERED**.

Date: November 8, 2024

*This is a final and appealable order.*

 

                                                                                **BERYL A. HOWELL**
                                                                                 United States District Judge