## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ARDELYX, INC., AMERICAN ASSOCIATION OF KIDNEY PATIENTS, NATIONAL MINORITY QUALITY FORUM**, <br><br> **Plaintiffs,** <br> **v.** <br><br> **XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHIQUITA BROOKS-LASURE, AND CENTERS FOR MEDICARE AND MEDICAID SERVICES,** <br><br> **Defendants.** | Case No. 1:24-cv-02095-BAH |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Rule 59(e) Motion to Alter or Amend the Judgment, or in the Alternative, for an Injunction Pending Appeal; any opposition; any reply thereto; and any oral argument, it is hereby:

ORDERED that Plaintiffs' Rule 59(e) Motion to Alter or Amend the Judgment, or in the Alternative, for an Injunction Pending Appeal is GRANTED.

SO ORDERED.


DATED: _____


_____

BERYL A. HOWELL
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys

and parties entitled to be notified of the proposed order's entry:

**XAVIER BECERRA,**
***Secretary of Health and Human Services***
200 Independence Avenue, SW
Washington, DC 20201

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
200 Independence Avenue, SW
Washington, DC 20201

**CHIQUITA BROOKS-LASURE,**
***Administrator of Centers for Medicare and Medicaid Services***
7500 Security Boulevard
Baltimore, MD 21244

**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**
7500 Security Boulevard
Baltimore, MD 21244

Michael E. Bern  (DC Bar No. 994791)
Christine C. Smith (DC Bar No. 1658087)
Delia Tasky (DC Bar No. 1724285)
Alexander G. Siemers (DC Bar No. 90006765)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:   michael.bern@lw.com
             christine.smith@lw.com
             delia.tasky@lw.com
             alex.siemers@lw.com

Nicholas L. Schlossman
(DC Bar No. 1029362)
Latham & Watkins LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email:   nicholas.schlossman@lw.com

*Attorneys for Plaintiffs Ardelyx, Inc. and American Association of Kidney Patients*

James E. McCollum, Jr. (DC Bar. No. 398117)
Amit K. Sharma (D.C. Bar No. 503604)
The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Tel: (301) 537-0661
Fax: (301) 864-4351
Email:    jmccollum@jmlaw.net
            asharma@jmlaw.net

*Attorneys for Plaintiff National Minority Quality Forum*