UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, *et al.*<br><br>　　　　Defendants. | Civil Action No. 24-2095 (BAH) |

**DEFENDANT'S MOTION FOR A NINE-DAY
EXTENSION OF TIME TO FILE OPPOSITION BRIEF**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully move for a nine-day extension of their deadline for filing an Opposition to Plaintiffs' Rule 59(e) Motion to Alter or Amend the Judgment, or in the Alternative, for an Injunction Pending Appeal ("Motion for Reconsideration," ECF No. 23), from December 4, 2024 to December 13, 2024. Good cause exists to grant this Motion. In support of this motion, the Secretary states as follows:

　　　1.　　Two days after Defendants filed a motion to dismiss Plaintiffs' complaint for lack of jurisdiction, ECF No. 12, Plaintiffs filed a motion for a preliminary injunction, ECF No. 14. The parties then agreed to a briefing schedule under which both the motion to dismiss and the motion for a preliminary injunction would be fully briefed by October 16, 2024, "a schedule that would allow for the Court to decide the pending Motions, and provide a final judgment in this matter by January 1, 2025." ECF No. 15.

　　　2.　　On November 8, 2024, the Court entered a "final and appealable order," ECF No. 21, and an accompanying Memorandum, ECF No. 22, granting Defendants' Motion to Dismiss. On November 20, Plaintiffs filed their Motion for Reconsideration. The next day, Defendants

requested Plaintiffs' consent to a nine-day extension of time.  Plaintiffs responded in part that they "don't believe we're currently in a position to consent to an extension."

3. Extensions of time may be granted for "good cause."  Fed. R. Civ. Proc. 6(b)(1)(A).  "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."  4B Charles Alan Wright & Arthur R. Miller, *Federal Practice & Proc.* § 1165 (3d ed. 2004).  "A court may extend a filing deadline when the moving party requests an extension before the original filing deadline and shows good cause."  *Jordan v. U.S. Department of Justice*, 315 F. Supp. 3d 584, 593 (D.D.C. 2018) (citing Fed. R. Civ. P. 6(b)(1)).  "Courts have discretion to determine whether a movant has shown good cause."  *Id*. (citing *Smith v. District of Columbia*, 430 F.3d 450, 456 (D.C. Cir. 2005)).  "[R]equests for extensions of short duration are routine" in this district.  *Jordan v. U.S. Department of Labor*, 308 F. Supp. 3d 24, 36-37 (D.D.C. 2018)

4. Here, good cause exists for an extension.  Plaintiffs filed their Motion for Reconsideration the week before the Thanksgiving holiday, and under the default rules, Defendants' Opposition would be due the week after the Thanksgiving holiday.  Government employees involved in the drafting and review of Defendants' Opposition have leave and travel plans associated with the holiday.  *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 n.7 (9th Cir. 2010) ("[A]ttorneys, like everyone else, have critical personal and familial obligations that are particularly acute during holidays.  It is important to the health of the legal profession that attorneys strike a balance between these competing demands on their time.").

5. An extension will not prejudice Plaintiffs.  As noted in the Parties' joint proposed schedule, the agreed schedule for briefing the Motion to Dismiss and Motion for a Preliminary Injunction "would allow for the Court to decide the pending Motions, and provide a final judgment

in this matter by January 1, 2025." The Parties nowhere implied that motions practice *following* an entry of final judgment would also have to be completed by January 1, 2025.

9. This is Defendants' first unilateral request for a modification of the briefing schedule, although Defendants note that the parties jointly agreed to request an enlargement of the briefing schedule described in the Court's September 20, 2024 Minute Order, and the Court granted that request via Minute Order on September 24, 2024. The instant request is made in good faith and not for purposes of delay.

10. Pursuant to Local Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel about this Motion. Plaintiffs have advised that they oppose the relief sought herein.

Defendant respectfully request that this Court grant this Motion and modify the Scheduling Order in accordance herewith. A proposed Order is being filed with this motion.

Dated: November 22, 2024                    Respectfully submitted,

                                               MATTHEW M. GRAVES, D.C. Bar #481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

                                               By: */s/ John J. Bardo*
                                               JOHN J. BARDO
                                               D.C. Bar # 1655534
                                               Assistant United States Attorney
                                               601 D Street, NW
                                               Washington, DC 20530
                                               (202) 870-6770

                                               *Attorneys for the United States of America*