UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, *et al.*<br><br>        Defendants. | Civil Action No. 24-2095 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion for extension of time to file an opposition, and the entire record herein it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall file an opposition to Plaintiff's motion for relief from judgment by December 13, 2024.

SO ORDERED.

_____                                                                  _____
Date                                                                                   BERYL A. HOWELL
                                                                                      United States District Judge