UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, et al.,<br><br>      Defendants. | Civil Action No. 24-2095 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion to alter judgment, or in the alternative, for an injunction pending appeal, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:


_____         _____
Date                                                        BERYL A. HOWELL
                                                                   United States District Judge