# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BECERRA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 24-cv-02095 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiffs' Motion to Alter Judgment, or in the Alternative, for an Injunction Pending Appeal, ECF No. 23, the legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby--

**ORDERED** that plaintiffs' Motion to Alter Judgment, or in the Alternative, for an Injunction Pending Appeal, ECF No. 23 is **DENIED**.

**SO ORDERED**.

Date:  December 20, 2024

*This is a final and appealable order.*

　

　

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**BERYL A. HOWELL**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge