IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDELYX, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BECERRA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 24-cv-02095 (BAH) |

**NOTICE OF APPEAL**

Plaintiffs Ardelyx, Inc., American Association of Kidney Patients, and National Minority Quality Forum (collectively, "Plaintiffs"), appeal to the United States Court of Appeals for the District of Columbia Circuit from the November 8, 2024 order (ECF No. 21) granting Defendants' Motion to Dismiss, dismissing Plaintiffs' Complaint, and denying as moot Plaintiffs' Motion for Preliminary Injunction, or, in the Alternative, for Expedited Summary Judgment; and from the December 20, 2024 order (ECF No. 28) denying Plaintiffs' Rule 59(e) Motion to Alter or Amend the Judgment, or in the Alternative, for an Injuncting Pending Appeal.

Dated:  December 23, 2024

Respectfully submitted,

/s/ *Michael E. Bern*
Michael E. Bern  (DC Bar No. 994791)
Christine C. Smith (DC Bar No. 1658087)
Delia Tasky (DC Bar No. 1724285)
Alexander G. Siemers (DC Bar No. 900067465)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:   michael.bern@lw.com
         christine.smith@lw.com
         delia.tasky@lw.com
         alex.siemers@lw.com

Nicholas L. Schlossman (DC Bar No. 1029362)
Latham & Watkins LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email:   nicholas.schlossman@lw.com

*Attorneys for Plaintiffs Ardelyx, Inc., American Association of Kidney Patients*

James E. McCollum, Jr. (DC Bar. No. 398117)
Amit K. Sharma (D.C. Bar No. 503604)
The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Tel: (301) 537-0661
Fax: (301) 864-4351
Email:   jmccollum@jmlaw.net
         asharma@jmlaw.net

*Attorneys for Plaintiff National Minority Quality Forum*